IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **CAUSE NO. 10-00458-WDS** |
| | ) |
| FREEBURG COMMUNITY CONSOLIDATED SCHOOL DISTRICT NO. 70, et al., | ) ) ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: August 25, 2010.**

                                                   s/ WILLIAM D. STIEHL
                                                           DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert. All future pleadings shall bear Cause No. 10-00458-JPG.