IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JOHN DOE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 10-cv-00458-JPG-DGW |
| FREEBURG COMMUNITY CONSOLIDATED SCHOOL DISTRICT, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to the Court's Order dated August 1, 2011, Defendants Freeburg Community Consolidated School District No. 70, Clarence Haege and Lawrence Meggs produced documents numbered FSD 2141- 2165. The Court reviewed the documents *in camera* and hereby **ORDERS** the following:

| NATURE OF THE RECORD | BATES NO. | PRIVILEGE ASSERTED BY DEFENDANTS | RULING |
|---|---|---|---|
| Closed Meeting Minutes of School Board District #70 on June 26, 2000 | FSD 2141-2142 | 5 ILCS 120/2.06(e) and 12/2( c)(11)- Illinois Open Meetings Act Privilege; Federal Deliberative Process Privilege; Attorney-Client and Work Product | Doc. 2141 shall be produced as none of the privileges apply

Doc. 2142 – the paragraph starting with "1) To go…" shall be redacted as it is protected by the Attorney-Client privilege; all other portions of the document shall be produced |
| July 3, 2000 Notes from Meeting with Attorney relating to investigation to be conducted by attorneys | FSD 2143 | Attorney-Client and Work Product | Shall not be produced- protected by the Attorney-Client and Work Product privileges |

| Business Cards of Attorneys relating to the investigation to be conducted by attorneys | FSD 2144 | Attorney-Client and Work Product | Shall be produced as neither of the privileges apply |
|---|---|---|---|
| July 5, 2000 Correspondence from Attorney to School Board relating to investigation conducted by attorneys | FSD 2145-2147 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |
| August 7, 2000 Correspondence from Attorney to School Board relating to investigation conducted by attorneys | FSD 2148 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |
| July 26, 2000 Memorandum from Attorney to School Board relating to investigation conducted by attorneys | FSD 2149-2155 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |
| August 6, 2000 Memorandum from Attorney to School Board relating to investigation conducted by attorneys | FSD 2156-2160 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |
| August 28, 2000 Correspondence from Attorney to School Board relating to investigation conducted by attorneys | FSD 2161-2163 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |
| September 2, 2000 Correspondence from Attorney to School Board relating to investigation conducted by attorneys | FSD 2164 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |
| September 2, 2000 Memorandum from Attorney to School Board relating to investigation conducted by attorneys | FSD 2165 | Attorney-Client and Work Product | Shall not be produced – protected by the Attorney-Client and Work Product privileges |

Based upon the foregoing, Defendants are hereby **ORDERED** to produce the documents consistent with this Order by **August 4, 2011**.

**IT IS SO ORDERED.**

**DATED:  August 3, 2011**

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**