UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FREEBURG COMMUNITY CONSOLIDATED<br>SCHOOL DISTRICT NO. 70, CLARENCE<br>HAEGE and LAWRENCE MEGGS,<br><br>　　　　Defendant. | Case No. 10-cv-458-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendants' objections (Docs. 48, 67 & 93) to Magistrate Judge Donald G. Wilkerson's orders of August 3, 2011 (Doc. 47), October 21, 2011 (Doc. 64) and April 30, 2012 (Doc. 92). A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). The Court may also *sua sponte* reconsider any matter determined by a magistrate judge. L.R. 73.1(a); *Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

The Court held a hearing on the earliest objection on December 16, 2011, at which the Court approved an arrangement between the parties to comply with Magistrate Judge Wilkerson's order. The Court has reviewed the subsequent orders and objections without a hearing. The Court has further been informed by counsel that the arrangement is being successfully implemented.

The Court concludes that Magistrate Judge Wilkerson's orders (Docs. 47, 64 & 92) are not clearly erroneous or contrary to law and should not be reconsidered by this Court in light of the Court's rulings at the December 16, 2011, hearing and the successful implementation of the

agreed arrangement.  Accordingly, the Court **AFFIRMS** Magistrate Judge Wilkerson's orders (Docs. 47, 64 & 92) as **MODIFIED** by the Court's December 16, 2011, rulings, **OVERRULES** the defendants' objections (Docs. 48, 67 & 93) and **VACATES** the hearing on the objections currently set for June 14, 2012.

**IT IS SO ORDERED.**
**DATED:  June 8, 2012**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
